AUGUST CONSENTINO, PLAINTIFF-RESPONDENT, v. DAVID SMITH, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Clarkson S. Fisher* and *Mr. Thomas L. Yaccarino* for the petitioners.

*Mr. Edward A. Kopper* and *Mr. Donald L. Berlin* for the respondent.

February 25, 1963. Denied.

MARGARET BERNAL, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF CLIFTON, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 77 *N. J. Super.* 481.

*Messrs. Hammer & Hammer* and *Mr. Robert E. Pollan* for the petitioners.

*Messrs. Stevenson & Willette* and *Mr. Donald L. Berlin* for the respondents.

February 25, 1963. Denied.